UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

FEB 2 2 2017

David J. Bradley, Clerk

UNITED STATES OF AMERICA (
(
Vs. ( Case No.7:11-CR_00079-002
(
BANALES FRANCISCO (
(

MOTION TO REDUCE SENTENCE UNDER 28 U.S.C. §3582
amendment 794 MINOR ROLE

Come now Francisco Banales petitioner Pro Se, who respect-fully writing this Honorable Court to file a Motion Pursuant to Amendment 794 who reduce my term of imprisonment two levels downward adjusment for having a monorMinor Role in the offence pursuant to USSG §3B1.2(A) wich States that their shall be a decrease of two level decrease for minor Role and a 4 levels decrease for minimal participant normally a District Court deter-mination of whether a defendant quilifies for a Role ajustment is a finding of fact that is reviewed for a clear error.

See United States Vs. De Varon, 175 F.3d 930, 934(11th Cir. 1999), this is the isue in this case extent of the District Court'sReduction.

1

I am beseech this Honorable Court to grant my Motion in basis that I qualifie for **Minor Role.**

Sincerely submitted,

Date: February 09, 2017

Banales, Francisco
Reg. No.83160-279
D. Ray James CF.
P.O. Box 2000
Folkston, GA 31537

## CERTIFICATE OF SRVICE

I, Banales, Francisco, hereby certify that a copy of Motion to Reduce Sentence Under 28 U.S.C. §3582, Amend,ent 794 MINOR ROLE , had served on February 09, 2017; TO:

> Bentsen Tower
> 1701 West Business Highway 83, Room 1011
> McAllen, TX 78501

Date: February 09, 2017

                                        Banales, Francisco
                                        Reg. No.83160-279

Francisco Banules L.
#83110-279
D. Ray James C.F.
P.O. Box 2000
Folkston, G.A. 31537

Bentsen Tower
1701 West Business Highway 83
Room 1011
Mc allen TX - 78501